NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5016

JOB J. THYKKUTTATHIL and CORVILIA C. THYKKUTTATHIL
(on behalf of themselves and G.M. Thykkuttathil, a minor child),

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in case no. 09-CV-003, Judge Lynn J. Bush.

ON MOTION

ORDER

Upon consideration of the appellee's motion for an out of time 17-day enlargement of time, until April 26, 2010, to file its informal responsive brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAY 0 4 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Job J. Thykkuttathil
     Corvilia C. Thykkuttathil
     William Kanellis, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK